IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AMIEE L. RUKES A/K/A AMIEE RUKES
AND DAN RUKES,

      Appellants,

v.

Case No.  5D21-2723
LT Case No. 2018-CA-001839

U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR THE RMAC
TRUST, SERIES 2016-CTT,

      Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for Lake County,
Dan R. Mosley, Judge.

Blake J. Fredrickson, of Cremeens
Law Group, PLLC, Tampa, for Appellants.

Richard Slaughter McIver, of Kass
Shuler, P.A., Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EDWARDS and SASSO, JJ., concur.